FILED
January 13, 2025
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT
AA

6:25-CV-008-H-BU

Judge Hendrix or Whom this May Concern          1-05-2025

My name is Gerrald Wayne Mauldon Sr. I am writing you this because you told me if I ever returned to Tom Green County jail to notify you. I was released Aug 21st 2024 from T.D.C.-5 to the Halfway house in El Paso Tx. then to Lena Binyon here in San Angelo Tx. Now sitting in Tom Green County jail for a parole violation waiting for a answer to see if I go back to prison. I was jumped by a Hispanic Dec 25th 2024 and now in Seg. But none of that matters as the Federal court stated before and after the court passed their judgement. My first sister Teresa Vestal passed away in 2021 at my Fathers house then my 2nd sister passed away in 2022 in my Fathers house then in 2023 my Father passed all while under the care of Sharon Miller who I have reported several times to your courts who's entire Family are the Prison Gang the Crips here in San Angelo Tx. who do work for the Mexican Mafia. Once I transferred my parole to Lena Binyon after a while I realized she and her daughter a tied in deep with the Crips you can ask any Cop in town and they can confirm this. Anyways during this time Shawna Harris is best friends with Sharon Miller and Sharon was telling and bragging to Shawna and Lena

②

I was your confirmed snitched and that is why my Sisters were raped and killed in my fathers house and My Father beaten and Robbed during these times and all 3 died under her care. Kim Burney's son Jermy Keaton broke down and told me he was in my fathers house several times when this happened but was threatend if he ever said anything his sisters and my kids and grand kids were next and would be seen on the internet making porn to all her homeboys. Now I am getting word Shawna Harris has been telling everyone on the internet I am your confirm snitch and putting a green light on my kids and family as well as myself. I Know this because on Dec 9th when I was at Lena Binyons and Shawna Harris's house on 4002 Columbia st San Angelo Tx. While on the ankle monitor Shawna Harris started arguement and I was forced to leave and which resulted a parole violation because of the ankle monitor. The cops arrested me the next morning at 926 E 40th San Angelo Tx. telling me they were called to her house that night before telling the cops and everyone around I was a snitch and my family got what they deserved. When Shawna Harris feels she has the upper hand on people she loves to brag on what she and her friends do to people. She brags she and Sharon went

③

through my Fathers house after he passed away and took all his paper work on the house and his Will stating he left me the house, car and all the contents inside. I know the Courts are not gonna help and I can take care of my own but I ask and plead with you to look after whats left of my Family. Its already put in place my death warrent has been signed waiting to be delievered. Please look after my kids and their Family. Please look up my past records in your Court. I now have to live each day knowing what happend to my family is because of what I did for your people. I sit here each day in jail while the very people who did this to my family walk free openly bragging of what they did and the cops looking the other way!!!

Sincerely & Respectfully
Gerald W. Mauldon Jr
Gerald Wayne Mauldon Sr



Envelope addressed to:

San Angelo Federal Court
O.C. Federal Building
33 E. Twohig Ave. #202
San Angelo, T.X. 76903

Return address:
Gerald Mouldon #54490
Tom Green County Jail
4382 N. U.S. Hwy 277
San Angelo, Texas 76905

Postmark: 08 JAN 2025 ABILENE TX

Stamped: X-RAY

RECEIVED JAN 13 2025 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

Legal Mail

7690384517

© USPS 2022